UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

BELEN SANTIAGO,                      :

                   Plaintiff,         :

                                     :           24-CV-409 (JMF)
         -v-                       :

                                     :            <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,    :

                 Defendant.       :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's January 22, 2024 Order, ECF No. 8, the parties were required to file a consent form to proceeding before a magistrate judge or a joint letter, the contents of which are described therein, no later than two weeks after the date that Defendant entered an appearance, which was January 24, 2024.  The deadline was thus February 7, 2024.  To date, the parties have not filed a consent form or a joint letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 13, 2024**.

       SO ORDERED.

Dated: February 9, 2024                                  _____
      New York, New York                         JESSE M. FURMAN
                                                   United States District Judge