UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BELEN SANTIAGO,                                                      :
:
                            Plaintiff,                     :        24-CV-409 (JMF)
:
                -v-                                      :        ORDER WITHDRAWING
:          REFERENCE TO
COMMISSIONER OF SOCIAL SECURITY,                                     :        MAGISTRATE JUDGE
:
                            Defendant.                     :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On January 22, 2024, the Court referred this case to Magistrate Judge Aaron.  *See* ECF No. 7.  In light of Defendant's motion to dismiss, filed yesterday, it is hereby ORDERED that the reference is WITHDRAWN.

        Given Plaintiff's *pro se* status, the Court grants her until **March 25, 2024**, to file any opposition to Defendant's motion to dismiss; any reply shall be filed by **April 4, 2024**.  **Plaintiff is cautioned that if she fails to file opposition by March 25, 2024, the Court may dismiss the case for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure and/or as abandoned without further notice.**  Additionally, Plaintiff shall promptly confirm or update her address, as prior orders of the Court have been returned to sender, *see* Feb. 16, 2024 Docket Entry, and defense counsel has been unable to reach her, *see* ECF Nos. 22, 29.

        No later than **February 29, 2024**, Defendant shall email a copy of this Order to Plaintiff and file proof of such service.

        Additionally, the Clerk of Court is directed to mail this Order to Plaintiff at **both** the address listed on the docket **and** the following address identified in ECF Nos. 1-6 and 1-8:

                              Belen Santiago
                              P.O. Box 155
                              Bronx, NY 10453

        SO ORDERED.

Dated: February 27, 2024
       New York, New York                                    JESSE M. FURMAN
                                                         United States District Judge